THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TYSON SYDORIAK, Respondent.

Submitted December 29, 2014; decided January 8, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY WALLACE, Appellant.

Submitted January 5, 2015; decided January 8, 2015

Motion for assignment of counsel granted and Seymour James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

JOSEPH SAINT et al., Appellants, v SYRACUSE SUPPLY COMPANY, Respondent.

Submitted January 5, 2015; decided January 8, 2015

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.